AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

MARTHA DAVIS
719 J.P. JONES ROAD
GENEVA, AL 36340

**WARRANT FOR ARREST**

Case   1:05CR153-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to __MARTHA DAVIS__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| x Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

CONSPIRE TO MANUFACTURE METHAMPHETAMINE (2 Counts)

in violation of Title __21__ United States Code, Section(s) 846; 841(a)(1); 841(c)(2); 18USC (2)

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer - CLERK

BY: _[signature]_
Signature of Issuing Officer

JUL - 1 2005
Date and Location   Montg., AL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |