IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_Southern_ DIVISION

UNITED STATES OF AMERICA )
)
v )        CR. NO. _1:05CR153-F_
)
MARTHA DAVIS )
)

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _Martha Davis_, defendant in the above styled case, do hereby waive my

rights to a speedy trial as established in 18 U.S.C. § 3161 et seq.  I certify to the court that

I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and

complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE
MY RIGHTS TO A SPEEDY TRIAL.


_7/8/05_                         _Martha Davis_
DATE                             DEFENDANT


_7/8/05_                         _[signature]_
DATE                             ATTORNEY FOR DEFENDANT