**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

☑ **INITIAL APPEARANCE**               DATE: July 8, 2005
☐ BOND HEARING
☐ DETENTION HEARING                    Digital Recording 4:18 to 4:50 pm
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

PRESIDING MAG. JUDGE  DRB              DEPUTY CLERK: sql
CASE NO. 1:05cr153-F                   DEFT. NAME: Martha DAVIS
AUSA: Hardwick                         DEFT. ATTY: Halstrom
                                       Type Counsel: ( )Retained; (●) Panel CJA; ( ) Waived; ( ) CDO

PTSO: Thweatt/Martin/Conoly
USPO: _____                  Do CJA

Defendant ____ does  ✓ does NOT need an interpreter
Interpreter present ✓ NO ____ YES  Name: _____

---

☑ Date of Arrest 7-8-05 or ☐ Arrest Rule 40
☑ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
☐ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
   ☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☐ Release order entered. Deft advised of conditions of release
☑ BOND EXECUTED (M/D AL charges) $_____. Deft released
☑ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☑ ARRAIGNMENT ☑ HELD. Plea of NOT GUILTY entered. ☐Set for _____
    DISCOVERY DISCLOSURE DATE: 7-8-05
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed