IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| v. | * | **CR NO. 1:05-CR-153** |
| | * | |
| **MARTHA DAVIS** | * | |
| **DEFENDANT** | * | |

## NOTICE OF APPEARANCE

Comes now the undersigned and gives notice unto the court that he accepts the court's appointment as Counsel for Defendant, **Martha Davis**. Further, Defendant prays pleadings and notices pertaining to this case be served upon him on behalf of said Defendant.

Respectfully submitted this day, July 13, 2005.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Summers

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

      I hereby certify that on July 13, 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Mr. Andrew O. Schiff, Esq.
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197
Email: andrew.schiff@usdoj.gov

      /s/Timothy C. Halstrom
      Timothy C. Halstrom
      Bar Number HAL021