v.                                                              *    CR NO. 1:05-CR-153