IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA         * | |
|     PLAINTIFF                                  * | |
|                                                            * | |
| v.                                                              * | CR NO. 1:05-CR-153 |
|                                                            * | |
| MARTHA DAVIS                                    * | |
|     DEFENDANT                            * | |

NOTICE OF SUBSTITUTE COUNSEL

      Comes now the undersigned counsel for Defendant Martha Davis and gives notice to the Court that he has arranged for Mr. Jeffery C. Duffey to appear as substitute counsel for the purposes of the pretrial conference set for this case on Monday, September 19, 2005 at 1:00P.M.. For cause, counsel for Defendant states to the Court that he must appear in the Circuit Court of Montgomery County for trial in the case of *Escalita Jones v. Herman Jones; DR 04-614.01* scheduled to commence at the same time. Mr. Duffey represents a co-defendant in this case and there exist no conflicts between the parties defenses which would interfere with Mr. Duffey's ability to appear as substitute counsel for this conference. Mr. Duffey has been briefed on all issues pertinent to the pre-trial conference and otherwise meets the requirements of the Court Order on Arraignment entered on July 14, 2005.

      Respectfully submitted this day, September 14, 2005.

                                                  /s/Timothy C. Halstrom
                                                  Timothy C. Halstrom
                                                  Bar Number HAL021
                                                  Attorney for Martha Davis

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4162 Carmichael Court
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:
Tommie Hardwick
Jeffery C. Duffey.

      /s/Timothy C. Halstrom
      Timothy C. Halstrom
      Bar Number HAL021