IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
| PLAINTIFF, * | |
| * | |
| v. * | CR NO. 1:05-CR-153 |
| * | |
| MARTHA DAVIS, * | |
| DEFENDANT. * | |

MOTION FOR DISCOVERY

Comes now Defendant Martha Davis and, pursuant to Fed R. Crim. P. 16 ( C) and *Brady v. Maryland, 373 U.S. 83; 83 S. Ct. 1194*, moves the Court for an Order directing the Government to produce the following documents and things not previously produced in the Government's initial discovery response to the Court's Order on Arraignment:

    a)    Invoices from H.B. Paulk Grocery Company from April 14 through May 12, 2003.

    b)     Invoices from H.B. Paulk Grocery Company from August 26 through October 5, 2003, excluding September 22, 2003 which invoice was produced.

    c)    Any audio tapes or investigator notes of Brenda Barnett's conversation with Defendant Martha Davis on or prior to April 21, 2005, the day before Brenda Barnett's alleged purchase of pseudoephedrine from Defendant on April 22, 2005.

Defendant believes the information requested is in the possession and/or control of the Government and further believes the evidence to be material as to her innocence.

    Respectfully submitted this day, September 15, 2005.

                                          /s/Timothy C. Halstrom
                                          Timothy C. Halstrom
                                          Bar Number HAL021
                                          Attorney for Martha Davis

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4162 Carmichael Court
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

    I hereby certify that on September 15, 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:
Tommie Hardwick
Jeffery C. Duffey.

                                          /s/Timothy C. Halstrom
                                          Timothy C. Halstrom
                                          Bar Number HAL021