**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 16, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   United States of America vs. Martha Davis**

**Case Number:   1:05cr153-F**

**This Notice of Correction was filed in the referenced case this date to terminate document #36 which was filed incorrectly. The correct PDF document has been re-filed for your review as document #37.**