**COURTROOM DEPUTY MINUTES**          **DATE :   SEPTEMBER 19, 2005**

**MIDDLE DISTRICT OF ALABAMA**          **DIGITAL RECORDED:   1:26 - 1:27**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: <u>CHARLES S. COODY</u>      DEPUTY CLERK: <u>WANDA STINSON</u>**

**CASE NUMBER:  <u>2:05CR153-F-C</u>          DEFENDANT NAME: <u>MARTHA DAVIS</u>**

# APPEARANCES

<u>     GOVERNMENT</u>                          <u>          DEFENDANT</u>

**ATTY.  TOMMIE HARDWICK**                    **ATTY. JEFFERY DUFFE**Y

√     **DISCOVERY STATUS: NONE.**

_____

_____

√**PENDING MOTION STATUS: DEFT'S M/SUBSTITUTE COUNSEL; DEFT'S M/DISCOVERY -**

**motion resolved.**

_____

√      **PLEA STATUS: POSSIBLE PLEA**

_____

_____

√      **TRIAL STATUS:   WILL TAKE 3 DAYS FOR TRIAL.**

_____

_____

√      **REMARKS: ORAL ORDER granting motion to substitute counsel; ORAL ORDER denying**

**M/Discovery w/o Prejudice.**

_____

_____