IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
| PLAINTIFF, * | |
| * | |
| v. * | CR NO. 1:05-CR-153 |
| * | |
| MARTHA DAVIS, * | |
| DEFENDANT. * | |

**MOTION TO CONTINUE**

Comes now Defendant, Martha Davis, by and through her attorney of record, and moves the court to continue the trial of this case and in support thereof states as follows:

1. This matter is presently set for trial during the November 7, 2005 trial term.

2. Counsel for Defendant has a conflict and cannot be present for jury selection on November 7th.

3. A conference was held with the Court on October 21, 2005 during which time the Government represented they have no objection to this case being continued.

4. Counsel for Ms. Davis has contacted counsel for co-defendants Shoemaker and McCall and each has represented that they have no objection to a continuance of this case. None of the Defendants in this case are presently incarcerated and will not be prejudiced by a continuance.

5. Defendant's Waiver of Speedy Trial, signed by Defendant and Counsel, will be supplemented as soon as received from defendant. Defendant has agreed to a Waiver of her Speedy Trial Rights. The Defendant lives in Geneva and the Waiver of Speedy Trial has been mailed to her for execution. As soon as Waiver of Speedy Trial is returned to Counsel for Defendant, said waiver will be supplemented to this Motion to Continue.

WHEREFORE, the above matters considered, Defendants prays this court continue the trial of this case.

Respectfully submitted this day, October 27, 2005.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Martha Davis

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
David Franklin Holmes
Jeffery C. Duffey.

      /s/Timothy C. Halstrom
      Timothy C. Halstrom
      Bar Number HAL021