```
        IN THE UNITED STATES DISTRICT COURT FOR THE
               MIDDLE DISTRICT OF ALABAMA
                     EASTERN DIVISION

UNITED STATES OF AMERICA,    *

     PLAINTIFF,              *

V.                           *    CASE 1:05-CR-153-F

BRENDA McCALL,               *

     DEFENDANT.              *
```

**RESPONSE TO MOTION TO CONTINUE TRIAL**

Comes now defendant, Brenda McCall, by counsel and submits the following:

1. On October 27, 2005, co-defendant Martha Davis filed a motion to continue the trial date.

2. Defendant Brenda McCall does not object to the motion of the co-defendant Martha Davis to continue the trial date. To that end attached as Exhibit A is a waiver of speedy trial by defendant Brenda McCall.

3. The defendants were jointly indicted and no motion for severance has been filed.

1

Respectfully submitted this 31st day of October, 2005.

        s/Jeffery C. Duffey
        JEFFERY C. DUFFEY
        Attorney for
        Brenda McCall
        600 South McDonough Street
        Montgomery, AL 36104
        Phone: 334-834-4100
        Fax: 334-834-4101
        email: jcduffey@aol.com
        Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31st, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, AUSA, P.O. Box 197, Montgomery, AL 36101.

        s /Jeffery C. Duffey
        JEFFERY C. DUFFEY
        Attorney for Brenda McCall