IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CR NO. 1:05-CR-153 |
| | * | |
| MARTHA DAVIS | * | |

### MOTION TO SUPPLEMENT MOTION TO CONTINUE

Comes now Defendant, Martha Davis, through court appointed counsel and supplement Motion to Continue by adding thereto the attached Waiver of Right to Speedy Trial.

Respectfully submitted on November 3, 2005.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Attorney at Law (Bar# HAL021)
Attorney for Defendant
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464