EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CR NO. 1:05-CR-153 |
| | * | |
| MARTHA DAVIS, | * | |
| DEFENDANT. | * | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

Comes now Defendant, Martha Davis, and, having been advised of the right to a speedy trial as guaranteed by the Sixth Amendment to the United States Constitution, hereby waives her right to a speedy trial and consents to a continuance of her trial scheduled to commence during the November 7, 2005 trial term.

*Martha Davis*
Martha Davis, Defendant

*Timothy C. Halstrom*
Timothy C. Halstrom
Attorney for Martha Davis

Timothy C. Halstrom
Attorney at Law
Bar # HAL021
4162 Carmichael Court
Montgomery, AL 36106
(334)272-9524(direct line)
(334)244-7474 (fax)
Halstromtim@aol.com (e-mail)