IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| PLAINTIFF | * | |
| | * | |
| v. | * | CR NO. 1:05-CR-153 |
| | * | |
| MARTHA DAVIS | * | |
| DEFENDANT | * | |

**NOTICE OF SCHEDULING CONFLICTS FOR TRIAL**

Comes now the undersigned attorney and gives notice to the court of the following scheduling conflicts in an effort to provide the court with necessary information for use in ordering these cases for trial. Counsel is presently ordered to appear before various Court's of the Middle District of Alabama in the following cases during the trial term commencing on February 13, 2005:

A.  *United States of America v. Marvin Thomas; CR. NO. 3:05cr101*.

At the present time, this case is unlikely to result in a plea and a jury trial of 2 days is expected.

B.  *United States of America, v. Martha Davis; Cr No. 1:05-cr-153*.

At the present time, this case is unlikely to result in a plea and a jury trial of 3 days is expected.

C.  *Mildred Lemuel, as Administrator of the Estate of Darnell Eugene Lemuel, Deceased v. Admiral Ins. Co., Civil Action No. 03-1101-N (Lead Case Consolidated with Civil Action Numbers 2:03cv1102-D and 2:04cv942-D*.

At the present time this case is unlikely to result in settlement and a non-jury trial is expected to last several days.

A candid assessment indicates the probability of any of these cases being resolved without the necessity of trial to be remote. Counsel provides this information for the convenience of the Court and fully anticipates being prepared to go forward with the trial of each case, however, seeks coordination between the various courts within this District in order to avoid conflicts in scheduling.

Respectfully submitted this day, December 2, 2005.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel of record.

      /s/Timothy C. Halstrom
      Timothy C. Halstrom
      Bar Number HAL021