IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,   PLAINTIFF, | * * * | |
| v. | * * | CR NO. 1:05-CR-153 |
| MARTHA DAVIS,   DEFENDANT. | * * | |

**DEFENDANT MARTHA DAVIS' REQUESTED JURY VOIR DIRE**

Comes now Defendant **MARTHA DAVIS** and requests this Court propound the following questions to the jury venire during the Court's voir dire:

1. Do any of you have a preconceived notion that the defendant is probably guilty or he wouldn't be here today?

2. Do any of you believe that the accused should be required to offer proof of his innocence?

3. A grand jury of The U.S. Middle District of Alabama has accused the defendant of a crime. This accusation is called an indictment. The indictment is not evidence of guilt of the defendant. Do any of you feel that the accusations contained in the indictment are probably true because the grand jury issued it?

4. Is there anyone on the jury venire who does not understand that the Defendant was not entitled to present a defense or offer evidence when his case was brought before the grand jury?

5. Do any of you know anyone else in the jury venire today?
    a. Who?
    b. What is your relationship to that person?
    c. Would you be influenced by the way that person reacted to the evidence if both of you were selected to sit on this jury?

6. Have any of you ever sworn out a warrant or otherwise brought criminal charges against another person?

7. Would any of you have a tendency to believe the testimony of a police officer or an agent of the government more so than any other witness?

8. From your own experience or from discussions with your friends or relatives on the police force, have you ever heard about so called "bad cops" who are willing to lie or plant evidence?

9. Do any of you think that criminals have too many rights or that the laws have made it too difficult to prosecute criminals?

10. Have any of you ever been accused of a crime which you didn't commit?

11. Have you or any member of your immediate family related by blood or marriage previously been the victim of a crime related to illegal drugs?

12. This case involves individuals who have been charged with conspiracy to manufacture methamphetamine. The defendants and many of the witnesses are from Geneva County, Alabama. Do any of you know Martha Davis? Al Shoemaker? Brenda McCall? Brenda Barnett?

13. Are any of you familar with the BP convenience store and gas station in Hartford, Alabama.

14. Have any of you worked as a store clerk in a convenience store?

15. Do any of you know the ingredients to manufacturing methamphetamine?

16. Do any of you believe certain ingredients in the manufacture of methamphetamine is common knowledge?

Respectfully Submitted this day February 6, 2006.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Martha Davis

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

    I hereby certify that on February 6, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick

Jeffery C. Duffey.

                                              /s/Timothy C. Halstrom
                                              Timothy C. Halstrom
                                              Bar Number HAL021