IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. __1:05cr00153-C__ |
| v. | ) | [21 USC 843(b)(1); |
| | ) | 18 USC 2] |
| | ) | |
| MARTHA DAVIS | ) | |
| | ) | <u>INFORMATION</u> |

The United States Attorney charges:

<u>COUNT 1</u>

On or about April 22, 2003, in Geneva County, Alabama, within the Middle District of Alabama,

MARTHA DAVIS,

defendant herein, while aiding and abetting another person, did knowingly use a telephone, to facilitate the sale of pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture methamphetamine. All in in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

_____
ANDREW O. SCHIFF
DEPUTY CHIEF
CRIMINAL DIVISION

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney