IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR NO 1:05CR00153-C |
| v. ) | |
| ) | |
| MARTHA DAVIS ) | |

## CONSENT

I hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

DATED this 21st Day of February.

_Martha Jo Davis_
DEFENDANT

_[signature]_
COUNSEL