# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA

v.

MARTHA DAVIS

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:05cr153-C

I, __Martha Davis__, the above named defendant, who is accused of

VIOLATION OF TITLE 21 USC § 843(b)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __21 Feb 2006__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

*Martha Davis*
Defendant

*[signature]*
Counsel for Defendant

Before __[signature]__
Judicial Officer