| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: February 21, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 9:20 9:35 |
| | COURT REPORTER: Risa Entrekin |

☐ ARRAIGNMENT         √ CHANGE OF PLEA         ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** Charles S. Coody     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:05cr153-LSC              **DEFENDANT NAME:** Martha Davis
**AUSA:** Tommie Hardwick                    **DEFENDANT ATTORNEY:** Timothy Halstrom

Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
√ **WAIVER OF INDICTMENT** executed and filed.
√ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☐ Not Guilty
       √ Guilty as to:
            √ Count(s): 1 of the Felony Information
            ☐ Count(s): _____   ☐ dismissed on oral motion of USA
                              ☐ to be dismissed at sentencing

√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1 of the Felony Information
☐ CRIMINAL TERM:            ☐ WAIVER OF SPEEDY TRIAL filed.

**DISCOVERY DISCLOSURE DATE:**

√ **ORAL ORDER:** Defendant continued under √ same bond;  ☐ summons; for:
       ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
       ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
            ☐ Defendant requests time to secure new counsel