IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05-CR-153-MEF |
| | ) | |
| MARTHA DAVIS | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Counts One and Four of the Indictment as to Martha Davis, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this ____ day of July, 2006.

_____
MARK E. FULLER
UNITED STATES DISTRICT JUDGE


DISMISSAL OF COUNTS ONE AND FOUR OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses Counts One and Four of the Indictment heretofore filed in the above styled cause as to Martha Davis.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
tommie.hardwick@usdoj.gov