IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| V. | * | CASE 1:05-CR-153-LSC |
| Martha Davis, | * | |
| DEFENDANT. | * | |

**EMERGENCY MOTION FOR STAY OF VOLUNTARY SURRENDER DATE**

1.  On June 29, 2006 Defendant was sentenced to a term of 24 months imprisonment.

2.  Defendant was ordered to report to a designated facility by 12:00 Noon on July 27, 2006, or surrender to the U.S. Marshal for the Middle District.

3.  Defendant has this date informed undersigned counsel that she has not received a designation to a Bureau of Prison facility.  Since no BOP facility designation has been made, defendant is required to report to the U. S. Marshal in Montgomery where it is assumed she will be placed in either the Montgomery City Jail or the Autauga County Jail to await designation to a BOP facility. Undersigned counsel has contacted the U.S. Marshal's office regarding this matter and has been advised that no designation has been received by them.

4.  Defendant has complied with all aspects of pre-trial and post-trial services through the U.S. Probation Office, is not a danger and was previously found by this court to be an

1

eligible candidate for voluntary surrender.

Wherefore, based upon the above it is requested that the court stay the voluntary surrender date of July 27, 2006, and  enter an order that defendant report to a designated facility within 72 hours of designation.

Respectfully submitted this day, July 27, 2006.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Martha Davis

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
David Franklin Holmes
Jeffery C. Duffey.


/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021