UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ] | |
| Plaintiff(s), ] | |
| vs. ] | 1:05-CR-153-LCS |
| MARTHA DAVIS, ] | |
| Defendant(s). ] | |

### ORDER

Upon consideration of the Emergency Motion for Stay of Voluntary Surrender Date (doc. 131) filed by defendant, Martha Davis, it is hereby ordered that said motion is GRANTED.

The Judgment of Sentence entered on July 7, 2006, is amended to reflect that defendant, Martha Davis, shall report to a designated facility within 72 hours of designation.  If no designation is made as of August 28, 2006, then she shall surrender to the U.S. Marshal for the Middle District by 12:00 Noon on August 28, 2006, to being the service of her sentence.

Done this 27<u>th</u> day of <u>July 2006</u>.

                               _____
                                      L. SCOTT COOGLER
                              UNITED STATES DISTRICT JUDGE
                                             124019