AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: MARTHA DAVIS
Case Number: 1:05-CR-0153-LSC

RECEIVED
2006 SEP -5 P 3: 51

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWENTY FOUR (24) months as to Count 1.

The Court recommends to the Bureau of Prisons that the defendant be evaluated and allowed to participate in the 500 hour intensive drug treatment program and be housed as close as possible to her family in Geneva County, Alabama. The drug treatment should take first priority.

The defendant shall surrender to the United States marshal for this district or to the designated facility by 12:00 Noon on July 27, 2006.

RETURNED AND FILED

SEP 11 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on __8-28-06__ to __FPC Alderson__ at __Alderson WV__
_____, with a certified copy of this Judgment.

_Deborah A Hickey Warden_
United States Marshal

By _Krystal Holliday_  UE
Deputy Marshal