IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF,<br><br>v.<br><br>MARTHA DAVIS,<br>    DEFENDANT. | *<br>*<br>*   CR NO. 1:05-CR-153<br>*<br>*<br>*<br>* |

## ORDER

Defendant, Martha Davis, addressed a letter to this court seeking to be released onto probation or home detention. The letter was received on February 7, 2007.

This court does not have jurisdiction to consider the request. The Defendant has been in custody of the Bureau of Prisons for at least five months.

The request is denied.

Done this 20th day of February 2007.

                                            /s/ L. Scott Coogler    2620
                                            L. SCOTT COOGLER
                                      UNITED STATES DISTRICT JUDGE