RECEIVED

07 FEB 12 PM 1:18

U.S. DISTRICT COURT
N.D. OF ALABAMA

1:05cr153-LSC

2-04-07
Alderson, W. Virginia

Judge Coogler,

I am sending this letter with my request to express my need to be home with Leavie Walker.

We have been together almost 24 years. We never married. We have one son that will be 22 years old. We always loved and needed each other.

He has cancer in his brains and his kidneys. His Doctor, Dean McCarly at the North Region Hospital in Gainsville, Florida is not giving us much time. (6 mos.)

Please Judge Coogler, put me on probation, home confinement, anything to let me go home to be with him.

I know that drugs are some of the worst things ever made. If I had known what was beening done

with those pills I sold, I would never had sold them. But not doing drugs. I had no idea what they where.

Please consider my request and let me go home to be with him our last days. That will be my punishment.

Thank you
Sincerely
Martha Davis
11719002