UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,          ]
                                   ]
    Plaintiff(s),          ]
                                   ]
    vs.                    ]    1:05-cr-153-LSC
                                   ]
MARTHA DAVIS,                      ]
                                   ]
    Defendant(s).          ]

Order

The defendant, acting pro se, filed a letter with the Court asking that the sentence in the instant case be reduced or modified to allow her to be released to supervision or home confinement. It is the finding of the Court that the defendant's request should be and hereby is **DENIED**.

This Court does not have the authority to modify or reduce the sentence, since this Court is without jurisdiction to modify the originally-imposed sentence. See *United States v. Diaz-Clark*, 292 F.3d 1310 (11th Cir. 2002).

Done this 25th day of May 2007.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153